JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GAGAN GAGAN,                          )    Case No. ED CV 26-00880 FMO (ADS)
                                      )
            Petitioner,               )
                                      )
      v.                              )    **JUDGMENT**
                                      )
WARDEN, et al.,                       )
                                      )
                                      )
            Respondents.              )
_____ )

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of March, 2026.


                                            /s/
                                   _____
                                        Fernando M. Olguin
                                   United States District Judge